UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ATTACHMENT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-CV-004-JAW |
| ) | |
| CUMMINGS & BRICKER, INC. ) | |
| ) | |
| Defendant. ) | |

## CONSENT DECREE AND FINAL JUDGMENT

The parties to this action having compromised and resolved the disputes between them and having consented to the entry of the Decree and Judgment, after consideration and upon good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction of the parties and the subject matter of this action.

2. Plaintiff Attachment Technologies, Inc. ("ATI") is the owner of the United States Patent No. 6,881,023 (the "023 Patent") entitled "Pallet Fork Carriage With a Load Securing D-Ring and Method of Using" issued on April 19, 2005, and all rights under such Patent, a true and correct copy of which is attached to ATI's Complaint in this action.

3. The '023 Patent is good and valid in law.

4. Cummings & Bricker, Inc has infringed the '023 Patent by importing, selling, and/or offering to sell pallet forks embodying the invention disclosed and claimed.

5. Cummings & Bricker, Inc., its parents, subsidiaries, officers, and employees are permanently enjoined and restrained from the unauthorized making of the invention covered by the '023 Patent, the unauthorized importing of the invention covered by the '023 Patent, the unauthorized selling of the invention covered by the '023 Patent, the unauthorized offering to

sell the invention covered by the '023 Patent, and the unauthorized inducing of others to use the invention covered by the '023 Patent.

6. Cummings & Bricker, Inc. is ordered to provide, within thirty (30) days of the date of this Order, evidence satisfactory to the ATI of Cummings & Bricker's compliance with provisions 3.1.3(c) and 3.1.3(d) of the parties' Settlement Agreement.

7. No award of damages, attorney's fees, or costs is made by this Order.

8. This judgment is final, no accounting having been ordered.

9. The Court retains jurisdiction of this action for the purpose of enforcing the terms of this Order and Decree and the injunction imposed hereby.

Judgment entered on the 15th day of February, 2007

/s/John A. Woodcock, Jr.
John A. Woodcock, Jr.
U.S. District Court Judge


CONSENTED TO:
 /s/ Todd S. Holbrook
TODD S. HOLBROOK
Bernstein Shur Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
PHONE:    (207) 774-1200
FAX:         (207)774-1127
tholbrook@bernsteinshur.com

KEVIN H. COLLINS
SARAH J. GAYER
Shuttleworth & Ingersoll, P.L.C.
115 Third Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:    (319) 365-9461
FAX:         (319) 365-8564
khc@shuttleworthlaw.com;
sjg@shuttleworthlaw.com

2

ATTORNEYS FOR ATTACHMENT TECHNOLOGIES, INC


*/s/ Bruce W. Hepler*_____
BRUCE W. HEPLER
FRIEDMAN GAYTHWAITE WOLF & LEAVITT
Six City Center
P.O. Box 4726
Portland, ME 04112-4726
(207) 761-0900
bhepler@fgwl-law.com


*/s/ Michael Argentieri*_____
MICHAEL ARGENTIERI
302 Niagara Street
North Tonawanda, NY 14120
PHONE: (716) 694-2604
mikearge@hotmail.com